| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293 |
| 2 | JOSHUA J. CLIFFE, Bar No. Bar No. 215390<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street |
| 4 | 20th Floor<br>San Francisco, CA  94108.2693 |
| 5 | Telephone:    415.433.1940 |
| 6 | Attorneys for Defendant<br>T & H GRACE CORPORATION, A CALIFORNIA |
| 7 | CORPORATION, dba GRACE HONDA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>                       Plaintiff,<br><br>       v.<br><br>T & H GRACE CORPORATION, a California Corporation, dba GRACE HONDA,<br><br>                       Defendant. | Case No.  CV09-0845 VRW<br><br>**JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE, RELATED DEADLINES; [PROPOSED] ORDER** |

JOINT STIPULATION FOR CONTINUANCE OF CMC, RELATED DATES          1.                    (No.  CV09-0845 VRW)

Plaintiff NORTHWEST ADMINISTRATORS, INC. and Defendant T & H GRACE CORPORATION, by and through their respective counsel stipulate and agree as follows:

Defendant has made a settlement proposal and the parties are currently engaged in early settlement discussions. Accordingly, the parties and request that the Initial Case Management Conference currently scheduled for June 4, 2009 be continued at least thirty (30) days, and that all related dates be continued in accordance with the rescheduled conference.

Dated: May 26, 2009

/s/ Robert G. Hulteng
Robert G. Hulteng
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
T & H GRACE CORPORATION, A CALIFORNIA CORPORATION, DOING BUSINESS AS GRACE HONDA

Dated: May 26, 2009

/s/ Michael J. Carroll
Michael J. Carroll
Erskine & Tulley,
A Professional Corporation
Attorneys for Plaintiff
NORTHWEST ADMINISTRATORS, INCORPORATED

ORDER

Good cause appearing, the Court hereby continues the Initial Case Management Conference to ___July 15___, 2009 at 3:30 p.m.

IT IS SO ORDERED.

Dated: 5/28/2009

Hon.

**GRANTED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION FOR CONTINUANCE OF CMC, RELATED DATES; ORDER

2.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940