```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO.  C 09 0845 VRW |
| ) | |
| Plaintiffs, ) | JOINT STIPULATION FOR |
| ) | CONTINUANCE OF CASE |
| vs. ) | MANAGEMENT CONFERENCE, |
| ) | RELATED DEADLINES; |
| T & H GRACE CORPORATION, a ) | [PROPOSED] ORDER |
| California corporation, dba GRACE ) | |
| HONDA ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Plaintiff NORTHWEST ADMINISTRATORS, INC., and Defendant T & H GRACE CORPORATION, by and through their respective counsel stipulate and agree as follows:

   The parties have settled this case, but the paperwork has not been completed. According, the parties request that the Initial Case Management Conference currently scheduled for July 15, 2009 be continued at least thirty (30)days, and that all related dates be continued in accordance with the rescheduled conference.

JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE, RELATED DEADLINES; [PROPOSED] ORDER   1

```
1  Date:    7/13/09              ERSKINE & TULLEY
2                                A PROFESSIONAL CORPORATION

3                                By: /s/Michael J. Carroll
                                     Michael J. Carroll
4                                    Attorneys for Plaintiffs

5                                LITTLER MENDELSON

6

7  Date:    7/13/09              By: /s/Joshua Cliffe
                                     Joshua Cliffe
8                                    Attorney for Defendant
```

## ORDER

Good cause appearing, the Court hereby continues the Initial Case Management Conference to __August 20__, 2009 at 3:30 p.m.

Dated: 7/13/2009

_____
Honorable Vaughn R. Walker, Judge

**GRANTED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE, RELATED DEADLINES; [PROPOSED] ORDER            2