ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

**IT IS SO ORDERED**
/s/ Judge Vaughn R Walker
8/21/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> T &H GRACE CORPORATION, a California) <br> corporation, dba GRACE HONDA ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____) | NO.  C 09 0845 VRW <br><br> NOTICE OF VOLUNTARY <br> DISMISSAL |

    Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for August 20,2009 at 3:30 p.m.,in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 18, 2009                  ERSKINE & TULLEY

                                           By:/s/Michael J. Carroll
                                              Michael J. Carroll
                                              Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |

2  I am a citizen of the United States and employed in the City and
3  County of San Francisco, California. I am over the age of eighteen
4  years and not a party to the within above entitled action; my
5  business address is 220 Montgomery Street, Suite 303, San
6  Francisco, California 94104. On August 18, 2009 I served the
7  within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said
8  action, by placing a true copy thereof enclosed in a sealed
9  envelope with postage thereon fully prepaid, in the United States
10 post office mail box at San Francisco, California, addressed as
11 follows:

12 **Robert G. Hulteng**
   **Littler Mendelson, P.C.**
13 **650 California Street, 20th Floor**
   **San Francisco, CA 94108**
14
15 I, SHARON EASTMAN, certify (or declare), under penalty of perjury
   that the foregoing is true and correct.
16
17 Executed on August 18, 2009 at San Francisco, California.

                                    /s/Sharon Eastman
                                    Sharon Eastman